IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT B. GRAVES**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#157743**

v.　　　　　　　　　CASE NO. 2:19-CV-00129-BSM

**CROSS COUNTY DETENTION CENTER,** *et al.*　　　　　　　**DEFENDANTS**

## ORDER

Robert Graves has failed to comply with the October 29, 2020 order [Doc. No. 7] directing him to file a notice of his current mailing address, and the time to do so has expired. Graves's mail is still being returned undelivered, with no forwarding address. *See* Doc. Nos. 6, 8, and 9. Accordingly, this lawsuit is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED, this 1st day of December, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE