IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT B. GRAVES**                                                                       **PLAINTIFF**
**#157743**

v.                      **CASE NO. 2:19-CV-00129-BSM**

**CROSS COUNTY DETENTION CENTER,** *et al.*               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 1st day of December, 2020.

                                                             */s/ Brian S. Miller*
                                                    UNITED STATES DISTRICT JUDGE